UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EDWARD ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>Defendant. | Case No. 1:24-cv-00175-KES-BAM<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>ORDER VACATING SCHEDULING CONFERENCE ORDER<br><br>ORDER SETTING FURTHER STATUS CONFERENCE<br><br>**Status Conference**:  December 17, 2025<br>10:00 AM<br>Courtroom 8 (BAM) |

On November 17, 2025, the Court held a status conference to determine how Plaintiff Floyd Edward Roberson, pro se, intends to proceed in this action following withdrawal of his legal counsel. Plaintiff appeared in person. Counsel Evelin Bailey appeared by Zoom video on behalf of Defendant Saputo Cheese USA, Inc.

Plaintiff informed the Court that he would like to proceed with this action by obtaining new counsel or, if he cannot retain new counsel, then by representing himself in pro per. The Court indicated that it would set another status conference to determine how Plaintiff intends to proceed in this action.

The Court and parties also addressed the status of discovery and whether Plaintiff had obtained any discovery from his former counsel. Because Plaintiff represented that he had not

received such discovery, he was directed to contact his former counsel to ask for all discovery that has been produced. As discussed, if Plaintiff is unable to obtain discovery from his former counsel, then the Court will re-visit whether to order re-production of that discovery.

Additionally, due to the delay in the proceedings, the Court indicated that it would vacate all dates set forth in the Scheduling Conference Order. Once Plaintiff determines how he is going to proceed in this action, then the Court will re-set the dates.

Accordingly, it is HEREBY ORDERED as follows:

1. The Scheduling Conference Order issued on September 18, 2024 (Doc. 16), including all pretrial discovery deadlines, pretrial conference, and trial, is VACATED.
2. A further Status Conference is set for **December 17, 2025, at 10:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The purpose of the conference will be to determine how Plaintiff intends to proceed in this action and to discuss resetting the vacated deadlines. The parties shall appear at the conference remotely with each party connecting via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **November 17, 2025**            /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE

2