UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EDWARD ROBERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00175-KES-BAM<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>**Scheduling Conference**: February 12, 2026<br>9:30 AM<br>Courtroom 8 (BAM) |

On December 17, 2025, the Court held a status conference in this action. Plaintiff Floyd Edward Roberson appeared in person.[1] Counsel Evelin Bailey appeared by Zoom video on behalf of Defendant Saputo Cheese USA, Inc. The Court and parties addressed the status of Plaintiff's representation, further scheduling of this action, and discovery.

Plaintiff's Representation

Plaintiff, currently proceeding *pro se*, informed the Court that he did not have enough time to obtain new counsel within the last thirty (30) days. Accordingly, with Defendant's agreement, the Court granted Plaintiff additional time to retain new counsel, if possible. Because the Court previously vacated all dates in the Scheduling Conference Order, the Court set a further

---

[1] The Court delayed the start of the conference due to Plaintiff's untimely appearance. Plaintiff was cautioned that he must appear timely at all future Court proceedings.

1

Scheduling Conference for February 12, 2026.  The Court directed the parties to meet and confer prior to the conference to select new dates.

<u>Discovery</u>

The Court and parties discussed the status of discovery and whether Plaintiff had obtained discovery from his former counsel.  Plaintiff represented that he contacted his former counsel, but they did not respond.  The Court therefore suggested that Plaintiff write a letter to his former counsel asking for all discovery that has been produced in this case.  If Plaintiff is unable to obtain discovery from his former counsel, then the Court will re-visit whether to order re-production of that discovery.

Plaintiff also informed the Court that he had received additional documents from defense counsel.  Defendant confirmed that it had served Plaintiff with a second set of interrogatories, requests for production of documents, and requests for admissions on or around December 5, 2025, and that Plaintiff had thirty (30) days from the date of service to provide responses.  Plaintiff requested additional time to respond, and the parties agreed to an extension of time for Plaintiff to serve his responses to Defendant's second set of written discovery requests.  The Court also instructed Plaintiff to familiarize himself with the current Federal Rules of Civil Procedure.

Based on the above, it is HEREBY ORDERED as follows:

1. A further Scheduling Conference is set for **February 12, 2026, at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  The parties shall meet and confer to select new dates.  Defendant shall file an updated Joint Scheduling Report limited to proposed new dates at least seven (7) days prior the conference.  The parties shall appear at the conference remotely with each party connecting via Zoom video conference.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

///

2. As agreed by the parties, Plaintiff shall serve written responses to Defendant's second set of interrogatories, requests for production, and requests for admissions on or before **February 2, 2026**.

IT IS SO ORDERED.

Dated:   **December 17, 2025**              /s/ Barbara A. McAuliffe           
                                         UNITED STATES MAGISTRATE JUDGE