UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FLOYD EDWARD ROBERSON,

Plaintiff,

v.

SAPUTO CHEESE USA, INC.,

Defendant.

Case No. 1:24-cv-00175-KES-FJS

ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION

On July 17, 2026, Defendant Saputo Cheese USA, INC. ("Defendant") moved for an order compelling discovery responses. (ECF No. 44). Plaintiff Floyd Edward Roberson did not oppose or otherwise respond to the motion.

The court deems Defendant's motion, currently noticed for hearing on August 7, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

Dated: **July 30, 2026**

UNITED STATES MAGISTRATE JUDGE